No. 734. CARY *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 735. FLAGLER *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 736. ESTATE OF FLAGLER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 737. MATTHEWS *v.* COMMISSIONER OF INTERNAL REVENUE. March 10, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Roswell L. Gilpatric* and *Joseph C. White* for petitioners. *Solicitor General Biddle* for respondent.